## TANNERS' PRODUCTS CO. v. NULTY.

(Circuit Court of Appeals, Third Circuit. May 9, 1921.)

No. 2640.

Appeal and error ☞110—Refusal of new trial cannot be reviewed on writ of error.

An order of the trial court refusing to grant a motion for a new trial cannot be reviewed on writ of error.

In Error to the District Court of the United States for the District of New Jersey; J. Warren Davis, Judge.

Action by Christopher Nulty, administrator, against the Tanners' Products Company. Judgment for plaintiff, and defendant brings error. Affirmed.

Runyon & Autenrieth, of Jersey City, N. J., for plaintiff in error.

John W. Palmer, of Newark, N. J. (Frank Bergen, of Newark, N. J., of counsel), for defendant in error.

☞For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

Before BUFFINGTON and WOOLLEY, Circuit Judges, and DICKINSON, District Judge.

PER CURIAM. The record in this case shows the only assignment of error before us, based on a timely exception, involves the alleged error of the court below to grant a new trial. That the refusal of a new trial cannot be reviewed on writ of error is a principle so firmly fixed as to require no discussion or the citation of any authority.